UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW N. CHO, | Case No. 6:22-po-00094-HBK-1<br><br>ORDER GRANTING IN PART AND DENYING IN PART JOINT STIPULATION TO ALLOW VIDEO APPEARANCE FOR ARRAIGNMENT AND PARTIAL WAIVER OF PRESENCE<br><br>(Doc. No. 6) |

Pending before the Court is the parties' joint stipulation requesting that Defendant, Andrew Cho, and his defense counsel, Michael Mitchell, be permitted to appear by video teleconference on June 28, 2022 for the Defendant's arraignment. (Doc. No. 6). Defendant was charged with a violation of 36 C.F.R. § 4.21(c), Exceeding Speed Limit, and issued a collateral fine of $230.00 in lieu of appearance. (Doc. No. 1). Defendant requests an appearance by video teleconference because he is currently working in Seoul, South Korea. (*Id*.). Defense Counsel also requested to appear via video teleconference; however, Defense Counsel's law office is located in Fresno, California. (*Id*.).

Hinging on the defendant's consent, video conferencing may be used to conduct an initial appearance or arraignment. Fed. R. Crim. P. 5(f), 10(c), 43(b)(2). As authorized by Section 15002(b)(3) of the CARES Act, on March 30, 2020, the Chief Judge of the Eastern District of California issued General Order No. 614 authorizing the use of video conferences for initial

appearances. On March 29, 2022, General Order 614 was extended by General Order No. 649 for an additional 90 days to expire on June 27, 2022. The Eastern District of California has not issued a new general order extending General Order 614 past the June 27, 2022 expiration.

The Court finds good cause to allow Defendant, Mr. Andrew Cho, to appear by video teleconference for his initial appearance and arraignment on June 28, 2022. However, the Court does not grant his counsel's request to also appear by video teleconference. Defense Counsel practices in Fresno, California which is within the jurisdiction of the Eastern District of California. While it may not be as convenient for counsel to appear in-person, as opposed to video teleconference, the Court finds that it is reasonable for counsel to appear in-person for an initial appearance and arraignment that is scheduled for 1:00 p.m. before this Court.

The Court reminds parties with the upcoming expiration of General Order No. 649, that the Federal Rules of Criminal Procedure will be controlling to determine if a video conference is authorized. Certain hearings that were previously authorized by video conference, because of the COVID-19 Pandemic, will no longer be authorized after June 27, 2022. This Order only pertains to the June 28, 2022 hearing and any subsequent requests to appear by video teleconference will need to be filed with the Court.

Accordingly, it is **ORDERED**:

1. Defendant's request to appear via video conference for his hearing on June 28, 2022 is GRANTED as it pertains to Defendant, Mr. Andrew Cho. The Court will provide the necessary information to facilitate the video conference to Mr. Cho's attorney.

2. Defendant's request to appear via video conference at the June 28, 2022 hearing is DENIED as it pertains to defense counsel, Mr. Michael Mitchell. Mr. Mitchell shall appear in-person at the Eastern District of California courthouse in Yosemite National Park.

Dated:   June 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE